# United States Court of Appeals
## For the First Circuit

No. 24-9004

IN RE: WESTBOROUGH SPE LLC,

Debtor,

------------------------------

LOLONYON Y. AKOUETE,

Appellant,

v.

NATHANSON & GOLDBERG, P.C.; THE MOBILESTREET TRUST; TOWN OF WESTBOROUGH; JONATHAN R. GOLDSMITH, Chapter 7 Trustee,

Appellees.

**MANDATE**

Entered: January 6, 2025

In accordance with the judgment of December 13, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lolonyon Y. Akouete, Jeffrey T. Blake, Jose Couto Centeio, Christine E. Devine, Jonathan R. Goldsmith, Stephen F. Gordon, Todd B. Gordon, Richard King, Brian Walter Riley, Roger L. Smerage, Westborough SPE LLC